NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**LELAND A. HARGROVE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7043

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-2657, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

The court construes Leland A. Hargrove's May 17, 2010 letter as a motion to reject the entry of appearance filed by non-principal counsel of the Secretary of Veterans Affairs. The Secretary opposes.

Pursuant to the rules of this court, every attorney to be named on a brief must enter an appearance. Fed. Cir.

R. 47.3 (a). Hargrove does not have to serve every attorney who enters an appearance in this case; he must serve only the principal counsel for the Secretary.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**JUN 1 1 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Leland A. Hargrove
David D'Alessandris, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 1 1 2010**

**JAN HORBALY**
**CLERK**